# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN SAMUEL BRAUNSTEIN,
A/K/A STEVEN SAMUEL JALBERT,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 72511

**FILED**

JUN 06 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported decision denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

No decision, oral or written, had been made on the petition when appellant filed his appeal on February 27, 2017.[1] Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.[2]

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

---

[1]The documents before this court do not indicate that a postconviction petition for a writ of habeas corpus has been filed in district court case number C159515, the case number designated in the notice of appeal.

[2]In light of this order, we take no action on the pro se motion filed on April 24, 2017.

17-18753

cc: Hon. Michael Villani, District Judge
Steven Samuel Braunstein
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk